IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

VLADIMIR GIRFANOV                                                PETITIONER

V.                      CIVIL ACTION NO. 5:19-cv-81-DCB-MTP

WARDEN OF ADAMS COUNTY

CORRECTIONAL CENTER                                        RESPONDENT

<u>Order Adopting Report and Recommendation</u>

    This matter is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation [ECF No. 10], to which no objections have been filed by the Petitioner. Having carefully reviewed the same, the Court finds that Magistrate Judge Parker's Report and Recommendation is well taken and shall be adopted as the findings and conclusions of this Court. Magistrate Judge Parker finds that Petitioner's Writ for Habeas Corpus is moot because Vladimir Girfanov was deported from the United States to Russia on September 17, 2019.

    Accordingly,

    IT IS HEREBY ORDERED AND ADJUDGED that Magistrate Judge Michael T. Parker's Report and Recommendation is ADOPTED as the findings and conclusions of this Court.

    IT IS FURTHER ORDERED that the Respondent's Motion to Dismiss [ECF No. 9] is GRANTED.

This Petition for Writ of Habeas Corpus [ECF No. 1] is hereby DISMISSED with prejudice. A final judgement shall be entered of even date herewith in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this the 26th day of March, 2020.

_/s/ David Bramlette_____
UNITED STATES DISTRICT COURT